```
LAWRENCE M. GUSLANI (SBN 104488)
HAYES DAVIS BONINO ELLINGSON
MCLAY & SCOTT, LLP
203 Redwood Shores Parkway, Suite 480
Redwood Shores, California 94065
Telephone:   650.637.9100
Facsimile:   650.637.8071
Email:       lguslani@hayesdavis.com
```

Attorneys for Plaintiff
STATE FARM FIRE AND CASUALTY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY<br><br>Plaintiff,<br><br>V.<br><br>DARYL GRESS, CARLA GRESS, CINDY BISHOP<br><br>Defendants. | Case No.:   CV 08-0116 SC<br><br>**STIPULATION OF DISMISSAL; [PROPOSED] ORDER**<br>[Fed. Rule Civ. Proc., Rule 41(a)(1)] |

IT IS HEREBY STIPULATED by plaintiff State Farm Fire and Casualty Company through their attorney of record, Lawrence M. Guslani of Hayes Davis Bonino Ellingson McLay & Scott, LLP, that the above-captioned action be, and hereby is, DISMISSED WITHOUT PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1). The Complaint was inadvertently filed twice, once on December 21, 2007 (Action No. C 07-06451 JL) and again on January 7, 2008, (Action No. C 08-00116 SC).

Dated: February 8, 2008

HAYES DAVIS BONINO ELLINGSON
MCLAY & SCOTT, LLP

By: _____
LAWRENCE M. GUSLANI
Attorneys for Plaintiff
STATE FARM FIRE AND CASUALTY COMPANY

158177

-1-

STIPULATION OF DISMISSAL; [PROPOSED] ORDER - CASE NO. C-08-00116 SC

**ORDER**

IT IS SO ORDERED.

Dated: _____, 2008

_____
HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE FOR
THE NORTHERN DISTRICT OF
CALIFORNIA