

# HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP

ATTORNEYS AT LAW

203 Redwood Shores Pkwy., Ste. 480
Redwood City, CA 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071
www.hayesdavis.com

Edwina Feguis
650.486.2878
efeguis@hayesdavis.com

June 25, 2008

U.S. District Court
Attn: Clerk of the Court
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *State Farm v. Gress, et al.*
      (U.S. District Court Case No. 3:08-CV-00116-SC)

Dear Clerk:

We are hereby requesting a reimbursement of the filing fee for the above-referenced case which was inadvertently filed twice.

The first Complaint for Declaratory Relief was filed on December 21, 2007, and assigned to Magistrate Judge James Larson (Case No. 3:07-CV-06451-JL). A copy is attached for your reference (face page only.)

Also attached is a copy of the Complaint (face page only) which was inadvertently filed on January 7, 2008 and assigned to Judge Samuel Conti (Case No. 3:08-CV-00116-SC).

When the double filing came to our attention, a Stipulation of Dismissal without Prejudice for Case No. 3:08-CV-00116-SC was submitted on February 8, 2008, and approved by Judge Conti on February 19, 2008. (See attached.)

Accordingly we hereby request <u>reimbursement for the filing fees for Case No. 3:08-CV-00116-SC.</u>) Please call me if you have any questions. Thank you for your time and consideration.

Sincerely,

Edwina Feguis Secretary to
Lawrence M. Guslani

LMG:ef
Enclosures:   As listed above
(169640)

Silicon Valley • San Francisco • Los Angeles • Sacramento